**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas A. Ward III                                                           CHAPTER 13
       Jennifer R. Ward aka Jennifer R.
Gabler                                                                              BKY. NO. 20-22788 CMB
             Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ Brian C. Nicholas
                                      Brian Nicholas
                                      02 Oct 2020, 14:09:31, EDT

                                      Brian C. Nicholas, Esquire
                                      Attorney I.D. No. 317240
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      bkgroup@kmllawgroup.com

Document ID: 1cb186bb6f632f1f57d56e70e4a90a6a18d9afa59d1ad947a96970f2bbae4d36