# PROCEEDING MEMO

**Date: 05/11/2021 02:30 pm**

In re:  Thomas A. Ward, III
Jennifer R. Ward

Bankruptcy No. 20-22788-CMB
Chapter: 13
Doc.

**Appearances:** Kate DeSimone, Suzanne M. Bash (not present), Maria Miksich

**Nature of Proceeding:** Rule To Show Cause Hearing on Notice of Mortgage Payment Change #10

**Additional Pleadings:** Doc - Notice of Mortgage Payment Change - Claim #10

**Judge's Notes:**
-Attorney Bash failed to appear.
OUTCOME: Continued to 6/8 at 1:30 pm.
-Attorney DeSimone to call Attorney Bash and inform her that she missed today's hearing.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
5/11/21 5:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22788-CMB |
| Thomas A. Ward, III | Chapter 13 |
| Jennifer R. Ward | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Ward, III, Jennifer R. Ward, 24 2nd Street, Ligonier, PA 15658-8759 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans  LLC bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Suzanne M. Bash | on behalf of Joint Debtor Jennifer R. Ward suzannembash@yahoo.com  sooz1205@yahoo.com |

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Suzanne M. Bash         on behalf of Debtor Thomas A. Ward  III suzannembash@yahoo.com, sooz1205@yahoo.com

TOTAL: 7