## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Case No. 20-22788-CMB |
| **Thomas A. Ward, III and** | : | |
| **Jennifer R. Ward** | : | Chapter 13 |
| Debtors | : | |
| **Thomas A. Ward, III and** | : | Doc #37 |
| **Jennifer R. Ward** | : | |
| | : | |
| Movants | : | |
| | : | |
| Vs. | : | |
| | : | |
| **Quicken Loans, LLC.** | : | |
| | : | |
| Respondent | : | |

### DECLARATION REGARDING MONTHLY PAYMENT CHANGE

**AND NOW**, come the Debtors, Thomas A. Ward, III and Jennifer R. Ward, by and through their attorney, Suzanne M, Bash, Esquire, and file the within Declaration Regarding Monthly Payment Change, and in support of aver as follows:

1. The Debtors are Thomas A. Ward, III and Jennifer R. Ward, adult individuals presently residing at 24 2nd Street, Ligonier, Pennsylvania 15568.

2. Counsel for the Debtors is Suzanne M. Bash, Esquire.

3. The mortgage company for the Debtor's residence is Quicken Loans, LLC.

4. The new post-petition monthly payment payable to Quicken Loans, LLC. is $374.13 effective May 1, 2021, per the Notice of Mortgage Payment Change dated March 23, 2021.

Respectfully submitted,

Date:  June 8, 2021          By: /s/ Suzanne M. Bash
              Suzanne M. Bash, Esquire
              231 South Main Street, Suite 310
              Greensburg, PA 15601
              Tel: 724-832-0234
              Fax: 724-837-5617
              suzanne@suzannembashlaw.com