# PROCEEDING MEMO

**Date: 06/08/2021 01:30 pm**

**In re:   Thomas A. Ward, III**
**Jennifer R. Ward**

**Bankruptcy No. 20-22788-CMB**
**Chapter: 13**
**Doc.**

**Appearances: Suzanne M. Bash, Maria Miksich, Owen Katz**

**Nature of Proceeding: Doc - Continued Hearing Re: Notice of Mortgage Payment Change - Claim #10**

**Additional Pleadings: Doc - Notice of Mortgage Payment Change - Claim #10**
#34 Order Signed 04/14/2021 Scheduling Zoom Rule To Show Cause Hearing for 05/11/2021 at 2:30 p.m.
#35 Proceeding Memo from 05/11/2021 Zoom Hearing Held - Continued to 06/08/2021 at 1:30 p.m.

**Judge's Notes:**
-Attorney Bash filed a Declaration Regarding Monthly Payment Change (Doc. No. 37) earlier today.
OUTCOME: Matter is resolved.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
6/9/21 7:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA