**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 20-22788-CMB |
| THOMAS A. WARD, III and, JENNIFER R. WARD | Chapter 13 |
| Debtor, | Doc. No. |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| Movant, | |
| v. | |
| THOMAS A. WARD, III, JENNIFER R. WARD, and RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE ON MOTION OF NISSAN MOTOR ACCEPTANCE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Monday, November 22, 2021**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

*A Zoom Video Conference Hearing* will be held on **Wednesday, December 15, 2021, at 1:30 p.m.** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/1602130488, or alternatively, you may use the following: Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers, at 412-644-4328.

*All attorneys and Parties may only appear by Zoom* and must comply with Judge Bohm's *Zoom Procedures* at http://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf

Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Dated: November 4, 2021 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BERNSTEIN-BURKLEY, P.C.

　　　　　　　　　　　　　　　　　　　　　　By: /s/*Keri P. Ebeck*
　　　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　Phone - (412) 456-8112
　　　　　　　　　　　　　　　　　　　　　　Fax - (412) 456-8135

　　　　　　　　　　　　　　　　　　　　　　Counsel for Nissan Motor Acceptance Corporation