# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>THOMAS A. WARD, III and,<br>JENNIFER R. WARD<br>   Debtor,<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>   Movant,<br><br> v.<br><br>THOMAS A. WARD, III,<br>JENNIFER R. WARD, and<br>RONDA J. WINNECOUR, Trustee,<br><br>   Respondents. | Bankruptcy No. 20-22788-CMB<br><br>Chapter 13<br><br>Doc. No. |

## **CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE**

  I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 4, 2021.

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Thomas A. Ward, III<br>Jennifer R. Ward<br>24 2nd Street<br>Ligonier, PA 15658 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

ELECTRONIC NOTIFICATION

Suzanne M. Bash  
Suzanne M. Bash, Attorney at Law  
231 South Main Street, Suite 310  
Greensburg, PA 15601

Office of the United States Trustee  
Liberty Center.  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222

Executed by: November 2, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*  
Keri P. Ebeck, Esq.  
PA I.D. # 91298  
kebeck@bernsteinlaw.com  
601 Grant Street, 9th Floor  
Pittsburgh, PA 15219  
Phone - (412) 456-8112  
Fax - (412) 456-8135

Counsel for Nissan Motor Acceptance Corporation