# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>THOMAS A. WARD, III<br>JENNIFER R. WARD<br>　　　　Debtor(s) | Case No. 20-22788CMB |
| RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>　　　　Movant | Chapter 13 |
| vs.<br>SUZANNE M BASH ESQ++<br>　　　　Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

　　　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　　　　　　　SUZANNE M BASH ESQ++
　　　　　　　　231 S MAIN ST - STE 310
　　　　　　　　GREENSBURG,PA 15601

The Trustee believes the creditor's address may now be:

　　　　　　　　NO CHANGE OF ADDRESS HAS
　　　　　　　　BEEN PROVIDED BY COUNSEL.
　　　　　　　　COUNSEL HAS NOT RESPONDED
　　　　　　　　TO TRUSTEE'S REQUEST FOR
　　　　　　　　INFORMATION.

　　　The Movant further certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/19/2021.

　　　　　　　　/s/ Ronda J. Winnecour
　　　　　　　　RONDA J WINNECOUR PA ID #30399
　　　　　　　　CHAPTER 13 TRUSTEE WD PA
　　　　　　　　600 GRANT STREET
　　　　　　　　SUITE 3250 US STEEL TWR
　　　　　　　　PITTSBURGH, PA  15219
　　　　　　　　(412) 471-5566
　　　　　　　　cmecf@chapter13trusteewdpa.com

DEBTOR'S COUNSEL:
SUZANNE M BASH ESQ++, 231 S MAIN ST - STE 310, GREENSBURG, PA  15601

DEBTOR(S):
THOMAS A. WARD, III, JENNIFER R. WARD, 24 2ND STREET, LIGONIER, PA  15658

NEW CREDITOR:
NO CHANGE OF ADDRESS HAS BEEN PROVIDED BY COUNSEL.  COUNSEL HAS NOT RESPONDED TO TRUSTEE'S REQUEST FOR INFORMATION.

DEBTOR'S COUNSEL:
SUZANNE M BASH ESQ++, 231 S MAIN ST - STE 310, GREENSBURG, PA  15601