# PROCEEDING MEMO

Date: 12/15/2021 01:30 pm

In re:    Thomas A. Ward, III
          Jennifer R. Ward

                                        Bankruptcy No. 20-22788-CMB
                                        Chapter: 13
                                        Doc.

Appearances:  BY ZOOM:  James  Warmbrodt
                        Suzanne M. Bash
                        Brian Nicholas
                        Keri Ebeck

Nature of Proceeding: Rule To Show Cause Hearing Re: Notice of Mortgage Payment Change - Claim #10

Additional Pleadings: Doc - Notice of Mortgage Payment Change - Claim #10
                #48 Order Signed 11/22/2021 Scheduling Rule To Show Cause Hearing for 12/15/2021 at 1:30 p.m.
                #49 Response by Debtors (Amended Chapter 13 Plan Dated 11/22/2021 filed).

Judge's Notes:

OUTCOME: Hearing Held.    Rule resolved.  Amended Plan to be filed by 12/20/2021.

                                        Carlota Böhm
                                        Chief U.S. Bankruptcy Judge

        FILED
        12/16/21 9:26 am
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA