IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>THOMAS A. WARD, III and,<br>JENNIFER R. WARD<br>    Debtor,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION<br><br>    Movant,<br><br>    v.<br><br>THOMAS A. WARD, III,<br>JENNIFER R. WARD, and<br>RONDA J. WINNECOUR, Trustee,<br><br>    Respondents. | Bankruptcy No. 20-22788-CMB<br><br>Chapter 13<br><br>Doc. No. 43, 49 |

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW this _____ day of _____, 2021, in said District, upon agreement of the parties:

This Court FINDS that Nissan Motor Acceptance Corporation, Movant holds secured interest in the Debtors' 2019 Nissan Rogue Utility 4D S AWD 2.5L, VIN# 5N1AT2MV1KC738884 ("Vehicle"), pursuant to a Retail Installment Sale Contract (the "Contract"). For failure to make monthly plan payments to the Chapter 13 Trustee, Movant filed a Motion for Relief from the Automatic Stay on November 24, 2021.

In an effort to resolve the pending Motion for Relief and response thereto at Document Nos. 43 and 49, the parties agree to stipulate to the entry of the below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtors will continue to make plan payments for the Vehicle in a timely manner hereafter and then make each and every plan payment in a timely and complete manner beginning with the December 2021 full plan payment. Should the Debtor default in any plan payment and upon Affidavit of creditor's counsel or the Trustee, relief from the automatic stay shall be immediately effective without further Order of the Court. Any Affidavit of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made directly to Nissan Motor Acceptance Corporation and that counsel has reviewed the Trustee's internet site and that a default is evident according to the Trustee's records. Additionally a copy of the Trustee's report showing the default must be attached to the Affidavit.

_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Chief Court Judge

Case 20-22788-CMB    Doc 54    Filed 12/22/21    Entered 12/22/21 09:35:13    Desc Main
Document      Page 2 of 2