IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>THOMAS A. WARD, III and,<br>JENNIFER R. WARD<br>       Debtor,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION<br><br>       Movant,<br><br>    v.<br><br>THOMAS A. WARD, III,<br>JENNIFER R. WARD, and<br>RONDA J. WINNECOUR, Trustee,<br><br>       Respondents. | Bankruptcy No. 20-22788-CMB<br><br>Chapter 13<br><br>Doc. No. 43, 49 |

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

    NOW this __23rd__ day of __December__, 2021, in said District, upon agreement of the parties:

    This Court FINDS that Nissan Motor Acceptance Corporation, Movant holds secured interest in the Debtors' 2019 Nissan Rogue Utility 4D S AWD 2.5L, VIN# 5N1AT2MV1KC738884 ("Vehicle"), pursuant to a Retail Installment Sale Contract (the "Contract"). For failure to make monthly plan payments to the Chapter 13 Trustee, Movant filed a Motion for Relief from the Automatic Stay on November 24, 2021.

    In an effort to resolve the pending Motion for Relief and response thereto at Document Nos. 43 and 49, the parties agree to stipulate to the entry of the below.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtors will continue to make plan payments for the Vehicle in a timely manner hereafter and then make each and every plan payment in a timely and complete manner beginning with the December 2021 full plan payment. Should the Debtor default in any plan payment and upon Affidavit of creditor's counsel or the Trustee, relief from the automatic stay shall be immediately effective without further Order of the Court. Any Affidavit of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made directly to Nissan Motor Acceptance Corporation and that counsel has reviewed the Trustee's internet site and that a default is evident according to the Trustee's records. Additionally a copy of the Trustee's report showing the default must be attached to the Affidavit.

FILED
12/23/21 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22788-CMB |
| Thomas A. Ward, III | Chapter 13 |
| Jennifer R. Ward | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Ward, III, Jennifer R. Ward, 24 2nd Street, Ligonier, PA 15658-8759 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans  LLC bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2     User: gamr     Page 2 of 2
Date Rcvd: Dec 23, 2021     Form ID: pdf900     Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Suzanne M. Bash

on behalf of Debtor Thomas A. Ward III suzannembash@yahoo.com, sooz1205@yahoo.com

Suzanne M. Bash

on behalf of Joint Debtor Jennifer R. Ward suzannembash@yahoo.com sooz1205@yahoo.com

TOTAL: 9