# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Thomas A. Ward, III | : | Case No. 20-22788-CMB |
| Jennifer R. Ward | : | Chapter 13 |
| Debtors | : | Doc. No. 71 |
| Thomas A. Ward, III | : | Related to Document No. 67 |
| Movants | : | |
| v. | : | |
| Pittsburghs Best Remodeling | : | |

## CERTIFICATE OF SERVICE

I, **Suzanne M. Bash**, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Notification of Debtor's Social Security Number on the following employer by first class mail*.

Pittsburghs Best Remodeling
Attn: Payroll Manager
409 Beatty Road
Monroeville, PA 15146

Executed on: March, 15, 2022          By: /s/ Suzanne M. Bash
                                      Suzanne M. Bash, Esquire
                                      231 South Main Street, Suite 310
                                      Greensburg, PA 15658
                                      Tel: 724-832-0234
                                      Fax: 724-837-5617
                                      Suzanne@suzannembashlaw.com

_____