**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/03/2023

IN RE:

| | |
|---|---|
| THOMAS A. WARD, III<br>JENNIFER R. WARD<br>24 2ND STREET<br>LIGONIER,  PA  15658<br>XXX-XX-0320         Debtor(s)<br><br>XXX-XX-1582 | Case No.20-22788 CMB<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/3/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMAZON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9908 |
| **CLEARVIEW FCU**<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: LOAN 02*PMT/PL-CL*720 X36+2=LMT*$0 ARRS/PL-CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9310 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 3   INT %: 4.50%<br>Court Claim Number: 5<br>CLAIM: 8,518.91<br>COMMENT: $CL5GOV@TRMS/PL*7500@4.5%/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4817 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660360<br>DALLAS, TX 75266-6360 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: RS~STAYED/OE*595/PL*595.52 X36+2=LMT*$0ARRS/PL-CL*DKT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4557 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: PMT/NTC*CL10GOV W/NMPC*DKT4LMT*BGN 10/20 | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 4691 |
| **SOMERSET TRUST COMPANY**<br>151 WEST MAIN ST<br>SOMERSET, PA 15501 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: NC2<br>CLAIM: 0.00<br>COMMENT: PMT/PL*130X36+2=LMT*$0ARRS/PL | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 0001 |
| **AHN FORBES**<br>30 ISABELLA ST<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0824 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 585.64<br>COMMENT: BARCLAYS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8807 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 871.79<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1141 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,141.90<br>COMMENT: CITIBANK*BBY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3691 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENITY**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,528.55<br>COMMENT: COMENITY BANK~BIG LOTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2196 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,046.20<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4685 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9228 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5424 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9124 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4424 |
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0193 |
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0089 |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br>IRVING, TX 75014 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 417.90<br>COMMENT: CAP1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1074 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,478.52<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7184 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0623 | CLAIM: 0.00<br>COMMENT: |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3837 | CLAIM: 17,316.93<br>COMMENT: DOC SIGNED AT SEAL |
| **SPRINT CORP(*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 0.00<br>COMMENT: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 18-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3494 | CLAIM: 1,517.39<br>COMMENT: SYNCHRONY*JCP*AMD |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA 15220 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8365 | CLAIM: 4,283.09<br>COMMENT: NT/SCH*CAP 1 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE |
| **ATLAS ACQUISITIONS LLC**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /PRAE |
| **NORWIN SD (N HUNTINGDON) (EIT)****<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0320 | CLAIM: 1,107.22<br>COMMENT: NT/SCH*2004-06 |

| | | |
|---|---|---|
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 635 WOODWARD AVE | Court Claim Number:10 | ACCOUNT NO.: 4961 |
| | CLAIM: 36.24 | |
| DETROIT, MI 48226 | COMMENT: CL10GOV*$0/PL*THRU 9/20 | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:13 | ACCOUNT NO.: 4478 |
| | CLAIM: 7,923.53 | |
| NORFOLK, VA 23541 | COMMENT: ACCT NT/SCH*SYNCHRONY BANK/SAMS CLUB | |
| **QUANTUM3 GROUP LLC - AGENT FOR CREDIT C** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:6 | ACCOUNT NO.: 9710 |
| PO BOX 2489 | | |
| | CLAIM: 1,856.62 | |
| KIRKLAND, WA 98083-2489 | COMMENT: NT/SCH*CITIBANK | |
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:34  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:4 | ACCOUNT NO.: 8571 |
| | CLAIM: 5,713.22 | |
| WARREN, MI 48090 | COMMENT: NT/SCH*CAP ONE | |