UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  THOMAS A. WARD, III<br>JENNIFER R. WARD<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>THOMAS A. WARD, III<br>JENNIFER R. WARD<br><br>      Respondents | Case No. 20-22788CMB<br><br>Chapter 13<br><br>Document No. 73 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this \_\_\_5th\_\_\_ day of \_\_October\_\_, 20 23, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pittsburgh Best Remodeling
Attn:Payroll
409 Beatty Rd
Monroeville, PA 15146

is hereby ordered to immediately terminate the attachment of the wages of THOMAS A. WARD, III, social security number XXX-XX-0320. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THOMAS A. WARD, III.

BY THE COURT:

_Carlota M. Böhm_
                                      dmk
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

FILED
10/5/23 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 20-22788-CMB

Thomas A. Ward, III   Chapter 13

Jennifer R. Ward

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2

Date Rcvd: Oct 05, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Ward, III, Jennifer R. Ward, 24 2nd Street, Ligonier, PA 15658-8759 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Suzanne M. Bash
    on behalf of Debtor Thomas A. Ward  III suzannembash@yahoo.com, sooz1205@yahoo.com

Suzanne M. Bash
    on behalf of Joint Debtor Jennifer R. Ward suzannembash@yahoo.com  sooz1205@yahoo.com

TOTAL: 10