**Fill in this information to identify the case:**

Debtor 1   Thomas A. Ward

Debtor 2   Jennifer R. Ward
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA

Case number   20-22788 CMB

## Form 4100R

## Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**   Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.     **Court claim no.** (if known):   10-1

**Last 4 digits** of any number you use to identify the debtor's account:   4961
**Property address:**
24 2nd Street
Ligonier, PA 15658

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     12 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                                 (a)    $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:       + (b)    $ _____
c.   **Total.** Add lines a and b.                                              (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor(s) | Thomas A. Ward and Jennifer R. Ward | Case Number *(if known)*: 20-22788 CMB |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/    Date   11/09/2023

Denise Carlon
09 Nov 2023, 10:40:46, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas A. Ward III<br>Jennifer R. Ward aka Jennifer R. Gabler<br>                                Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>                                Movant<br>           vs.<br><br>Thomas A. Ward III<br>Jennifer R. Ward aka Jennifer R. Gabler<br>                                Debtor(s)<br><br>**Ronda J. Winnecour**,<br>                                Trustee | BK NO. 20-22788 CMB<br><br>Chapter 13<br><br>Related to Claim No. 10-1 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 14, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Thomas A. Ward III
24 2nd Street
Ligonier, PA 15658

Jennifer R. Ward aka Jennifer R. Gabler
24 2nd Street
Ligonier, PA 15658

Attorney for Debtor(s) (via ECF)
Suzanne M. Bash, Suzanne M. Bash, Attorney at Law
231 South Main Street, Suite 310
Greensburg, PA 15601

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail.

Dated: November 14, 2023

                                          */s/ Denise Carlon*
                                          Denise Carlon Esquire
                                          Attorney I.D. 317226
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          215-627-1322
                                          dcarlon@kmllawgroup.com