**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS A. WARD, III<br>JENNIFER R. WARD<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:20-22788<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/28/2020 and confirmed on 10/27/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,394.03 |
| Less Refunds to Debtor | 2,331.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,062.12 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,300.00 | |
|   Trustee Fee | 3,762.69 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,062.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN<br>    Acct: 4691 | 0.00 | 14,240.25 | 0.00 | 14,240.25 |
|   SOMERSET TRUST COMPANY<br>    Acct: 0001 | 0.00 | 4,810.00 | 0.00 | 4,810.00 |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN<br>    Acct: 4961 | 36.24 | 36.24 | 0.00 | 36.24 |
|   FIRST NATIONAL BANK OF PA(*)<br>    Acct: 4817 | 8,518.91 | 8,518.91 | 564.64 | 9,083.55 |
|   CLEARVIEW FCU**<br>    Acct: 9310 | 0.00 | 26,640.00 | 0.00 | 26,640.00 |
|   NISSAN MOTOR ACCEPTANCE CORP<br>    Acct: 4557 | 0.00 | 22,629.76 | 0.00 | 22,629.76 |
| | | | | 77,439.80 |
| **Priority** | | | | |
|   SUZANNE M BASH ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOMAS A. WARD, III<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOMAS A. WARD, III<br>    Acct: | 1,094.53 | 1,094.53 | 0.00 | 0.00 |
|   THOMAS A. WARD, III<br>    Acct: | 1,237.38 | 1,237.38 | 0.00 | 0.00 |
|   SUZANNE M BASH ESQ<br>    Acct: | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AHN FORBES++<br>    Acct: 0824 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRA/PORTFOLIO RECOVERY ASSOC<br>    Acct: 8807 | 585.64 | 6.58 | 0.00 | 6.58 |
|   PRA/PORTFOLIO RECOVERY ASSOC<br>    Acct: 1141 | 871.79 | 9.80 | 0.00 | 9.80 |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,141.90 | 24.07 | 0.00 | 24.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3691 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CC | 1,528.55 | 17.18 | 0.00 | 17.18 |
| Acct: 2196 | | | | |
|   DISCOVER BANK(*) | 3,046.20 | 34.24 | 0.00 | 34.24 |
| Acct: 4685 | | | | |
|   EDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9228 | | | | |
|   EDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5424 | | | | |
|   EDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9124 | | | | |
|   EDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4424 | | | | |
|   EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0193 | | | | |
|   EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0089 | | | | |
|   KOHLS | 417.90 | 4.70 | 0.00 | 4.70 |
| Acct: 1074 | | | | |
|   MERRICK BANK | 1,478.52 | 16.62 | 0.00 | 16.62 |
| Acct: 7184 | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0623 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 17,316.93 | 194.64 | 0.00 | 194.64 |
| Acct: 3837 | | | | |
|   SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,517.39 | 17.06 | 0.00 | 17.06 |
| Acct: 3494 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 4,283.09 | 48.14 | 0.00 | 48.14 |
| Acct: 8365 | | | | |
|   NORWIN SD (N HUNTINGDON) (EIT)** | 1,107.22 | 12.45 | 0.00 | 12.45 |
| Acct: 0320 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 7,923.53 | 89.06 | 0.00 | 89.06 |
| Acct: 4478 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CF | 1,856.62 | 20.87 | 0.00 | 20.87 |
| Acct: 9710 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 5,713.22 | 64.22 | 0.00 | 64.22 |
| Acct: 8571 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9908 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 559.63 |

TOTAL PAID TO CREDITORS                                                                77,999.43

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 8,555.15 |
| UNSECURED | 49,788.50 |

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    THOMAS A. WARD, III
    JENNIFER R. WARD
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-22788

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22788-CMB

Thomas A. Ward, III     Chapter 13

Jennifer R. Ward

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Nov 28, 2023     Form ID: pdf900     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Ward, III, Jennifer R. Ward, 24 2nd Street, Ligonier, PA 15658-8759 |
| 15293251 | + | AHN-Forbes Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 15293255 | | Clearview FCU, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15300572 | | Clearview FCU, Moon Township, PA 15108 |
| 15293260 | + | Excela Health, One Mellon Way, Latrobe, PA 15650-1096 |
| 15307708 | + | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15293268 | + | Somerset Trust Company, P.O. Box 777, 151 West Main Street, Somerset, PA 15501-2068 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 00:48:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 29 2023 00:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15306536 | | Email/Text: bnc@atlasacq.com | Nov 29 2023 00:35:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15293252 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2023 00:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15293253 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:48:28 | Capital One, P.O.Box 30285, Salt Lake City, UT 84130-0285 |
| 15293254 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:49:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15293256 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenity Bank/Big Lots, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15293257 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 29 2023 00:38:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15295378 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15293258 | + | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15293259 | + | Email/Text: EBN@edfinancial.com | Nov 29 2023 00:36:00 | EdFinancial Services, Attn: Bankruptcy, P.O Box 36008, Knoxville, TN 37930-6008 |
| 15293261 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 29 2023 00:35:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15296692 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 29 2023 00:35:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15318327 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 29 2023 00:35:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15293262 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 29 2023 00:35:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15308743 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 29 2023 00:48:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15293263 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 29 2023 00:48:37 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15296151 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15293264 | + | Email/PDF: pa_dc_claims@navient.com | Nov 29 2023 01:13:42 | Navient, Attn: Claims Dept., P.O. Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15300386 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 29 2023 00:36:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15293265 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 29 2023 00:36:00 | Nissan Motor Finance, P.O. Box 660360, Dallas, TX 75266-0360 |
| 15293266 | + | Email/PDF: cbp@omf.com | Nov 29 2023 00:48:50 | Onemain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15316047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 00:48:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15298587 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2023 00:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15315541 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2023 00:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15293267 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2023 00:38:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15308539 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2023 00:38:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15293269 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 29 2023 00:48:45 | Sprint, 6480 Sprint Parkway Building 13, Overland Park, KS 66251 |
| 15294006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15293270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 01:36:20 | Synchrony Bank/JC Penney, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Suzanne M. Bash | on behalf of Debtor Thomas A. Ward III suzannembash@yahoo.com, sooz1205@yahoo.com |
| Suzanne M. Bash | on behalf of Joint Debtor Jennifer R. Ward suzannembash@yahoo.com sooz1205@yahoo.com |

TOTAL: 11