IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Thomas A. Ward, III | : | Bankruptcy No. 20-22788-CMB |
| Jennifer R. Ward | : | |
| Debtor(s) | : | |
| Thomas A. Ward, III | : | |
| Jennifer A. Ward | : | Chapter 13 |
| Debtors(s), Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.     The Debtors have made all payments required by the Chapter 13 Plan.

2.     Include whichever one of the two following statements applies:
The Debtors are not required to pay any Domestic Support Obligations.

3.     The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.     On December 4, 2023, at docket numbers 85 and 86, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated: ___12/4/2023_____          By:     __/s/ Suzanne M. Bash_____
Signature
__Suzanne M. Bash_____
Name of Filer - Typed
__231 South Main Street, Suite 310_____
Greensburg, PA 15601
Address of Filer
__suzanne@suzannembashlaw.com_____
Email Address of Filer
__724-244-5863_____
Phone Number of Filer
__308662  PA_____
Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**