IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
THOMAS A. WARD, III
JENNIFER R. WARD
      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.: 20-22788

Chapter 13

Document No.: 82

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 12th day of January, 20 24, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
1/12/24 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-22788-CMB
Thomas A. Ward, III Chapter 13
Jennifer R. Ward
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jan 12, 2024      Form ID: pdf900      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Ward, III, Jennifer R. Ward, 24 2nd Street, Ligonier, PA 15658-8759 |
| 15293251 | + | AHN-Forbes Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 15293255 | | Clearview FCU, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15300572 | | Clearview FCU, Moon Township, PA 15108 |
| 15293260 | + | Excela Health, One Mellon Way, Latrobe, PA 15650-1096 |
| 15307708 | + | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15293268 | + | Somerset Trust Company, P.O. Box 777, 151 West Main Street, Somerset, PA 15501-2068 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 23:57:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 12 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15306536 | | Email/Text: bnc@atlasacq.com | Jan 12 2024 23:59:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15293252 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2024 00:00:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15293253 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2024 23:59:00 | Capital One, P.O.Box 30285, Salt Lake City, UT 84130-0285 |
| 15293254 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 23:58:43 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15293256 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2024 00:00:00 | Comenity Bank/Big Lots, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15293257 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 13 2024 00:00:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15295378 | | Email/Text: mrdiscen@discover.com | Jan 12 2024 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15293258 | + | Email/Text: mrdiscen@discover.com | Jan 12 2024 23:59:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15293259 | + | Email/Text: EBN@edfinancial.com | Jan 12 2024 23:59:00 | EdFinancial Services, Attn: Bankruptcy, P.O Box 36008, Knoxville, TN 37930-6008 |
| 15293261 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 12 2024 23:59:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15296692 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 12 2024 23:59:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15318327 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 23:59:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15293262 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 23:59:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15308743 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2024 23:58:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15293263 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2024 00:10:05 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15296151 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2024 00:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15293264 | + | Email/PDF: pa_dc_claims@navient.com | Jan 13 2024 00:11:04 | Navient, Attn: Claims Dept., P.O. Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15300386 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 12 2024 23:59:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15293265 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 12 2024 23:59:00 | Nissan Motor Finance, P.O. Box 660360, Dallas, TX 75266-0360 |
| 15293266 | + | Email/PDF: cbp@omf.com | Jan 13 2024 00:11:13 | Onemain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15316047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2024 00:10:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15298587 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2024 00:00:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15315541 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2024 00:00:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15293267 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2024 00:00:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15308539 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2024 00:00:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15293269 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 13 2024 00:21:49 | Sprint, 6480 Sprint Parkway Building 13, Overland Park, KS 66251 |
| 15294006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 23:57:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15293270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2024 00:11:03 | Synchrony Bank/JC Penney, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Suzanne M. Bash | on behalf of Debtor Thomas A. Ward III suzannembash@yahoo.com, sooz1205@yahoo.com |
| Suzanne M. Bash | on behalf of Joint Debtor Jennifer R. Ward suzannembash@yahoo.com sooz1205@yahoo.com |

TOTAL: 11